77,577-02

Hamis Chande
ID: 1828317
Dalhart Unit
11950 FM 998
Dalhart, Tx 79022

March 9, 2015

Court of Criminal Appeals
P.O. BOX 12308
Capitol Station
Austin, Tx 78711

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAR 13 2015

Abel Acosta, Clerk

Dear Sir or Madam:

RE: REQUESTING STATUS OF MY MOTION FOR
RECONSIDERATION IN *EX PARTE CHANDE*, CASE
No. WR-77,577-02

    Refers to the above-entitled. I am writing to you in regarding to my pro se Motion for Reconsideration of the Denial to Grant Relief in my original Application for Writ of Habeas Corpus. I therefore respectfully requests for status of that Motion for my own records.

Respectfully Submitted,

Hamis Chande
Applicant Pro Se